UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASEN DEON HUBBARD, | ) | CASE NO. CV 14-3742 CAS (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| R.M. DIAZ, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 3/18/15

CHRISTINA A. SNYDER
United States District Judge